

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | 614 East 7th Street, LLC | Ch. 11 |
| | | 24-10757-JEB |
| | Debtor | |

### Proceeding Memorandum and Order

**MATTER:**

#12 Assented to Emergency Motion filed by Assistant U.S. Trustee Richard King to Dismiss Case

**Decision set forth more fully as follows:**

Hearing held on April 30, 2024. For the reasons set forth on the record, the Motion is granted. The case is dismissed with prejudice. Pursuant to Sections 105 and 349(a) of the Bankruptcy Code, the Debtor is barred from filing a case under the Bankruptcy Code at any time prior to **October 29, 2024**. The Court waives the requirements for the filing of a fee application by counsel to the Debtor and the allowance of such fees by order of the Court. Counsel to the Debtor may seek payment of such fees from the Debtor in accordance with applicable state law.

Dated: 05/01/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge